ORIGINAL

1   ANDRÉ BIROTTE JR.
    United States Attorney
2   ROBERT E. DUGDALE
    Assistant United States Attorney
3   Chief, Criminal Division
    DONNA FORD (Cal. Bar No. 131924)
4   Assistant United States Attorney
    General Crimes Section
5       1300 United States Courthouse
        312 North Spring Street
6       Los Angeles, California  90012
        Telephone:  (213) 894-2875
7       Facsimile:  (213) 894-0141
        donna.ford@usdoj.gov
8
    Attorneys for Complainant
9   United States of America

10                 UNITED STATES DISTRICT COURT

11          FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  IN THE MATTER OF THE           )   CV13- 1320 JAK (JPR)
    EXTRADITION OF                 )
13                                 )
                                   )
14  WAHAK KATSCHADOR,              )   GOVERNMENT'S APPLICATION FOR
      aka "Vahagn Khachatryan,"    )   ORDER TO FILE ORIGINAL FORMAL
                                   )   EXTRADITION DOCUMENTS UNDER
15                                 )   SEAL; MEMORANDUM OF POINTS AND
    A Fugitive from the            )   AUTHORITIES; DECLARATION OF
16  Government of the Federal      )   DONNA FORD
    Republic of Germany            )
17  _____    )   [UNDER SEAL]

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 27 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT

FEB 22 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

1   ANDRÉ BIROTTE JR.
    United States Attorney
2   ROBERT E. DUGDALE
    Assistant United States Attorney
3   Chief, Criminal Division
    DONNA FORD (Cal. Bar No. 131924)
4   Assistant United States Attorney
    General Crimes Section
5       1300 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone:   (213) 894-2875
7       Facsimile:   (213) 894-0141
        donna.ford@usdoj.gov
8
    Attorneys for Complainant
9   United States of America

```
FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

      FEB 27 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                       DEPUTY
```

10                  UNITED STATES DISTRICT COURT

11          FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  IN THE MATTER OF THE        )   CV No. **CV13- 1320** JAK(JPR)
    EXTRADITION OF              )
13                              )
    WAHAK KATSCHADOR,           )   **GOVERNMENT'S APPLICATION FOR
14    aka "Vahagn Khachatryan," )   ORDER TO FILE ORIGINAL FORMAL
                                )   EXTRADITION DOCUMENTS UNDER
15  A Fugitive from the         )   SEAL; MEMORANDUM OF POINTS AND
    Government of the Federal   )   AUTHORITIES; DECLARATION OF
16  Republic of Germany         )   DONNA FORD**
                                )
17  _____ )   [UNDER SEAL]

18

19          **APPLICATION FOR ORDER TO FILE ORIGINAL FORMAL**

20          **EXTRADITION DOCUMENTS UNDER SEAL**

21      Complainant United States of America ("United States"), by

22  and through counsel of record, Assistant United States Attorney

23  Donna Ford, hereby respectfully applies to this Court for an

24  order to file original formal extradition documents (with seals

25  and ribbons) under seal.

26      This application is based upon the attached memorandum of

27  points and authorities, the declaration of Donna Ford, Assistant

28  United States Attorney, all files and records in the CLOSED and

```
CLERK, U.S. DISTRICT COURT

     FEB 22 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY
```

1  upon such further evidence or argument as may be requested by the

2  Court.

3      Counsel for the fugitive, Deputy Federal Public Defender

4  Alyssa Bell, was informed of the substance of this application.

5  Ms. Bell does not oppose this application.  See Ford Declaration.

6  DATED:  February 21, 2013

7                  Respectfully submitted,

8                  ANDRÉ BIROTTE JR.
                United States Attorney

9

10                 ROBERT E. DUGDALE
                Assistant United States Attorney
                Chief, Criminal Division

11

12                 DONNA FORD
                Assistant United States Attorney

13

14                 Attorneys for Complainant
                UNITED STATES OF AMERICA

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## MEMORANDUM OF POINTS AND AUTHORITIES

Complainant United States of America ("Complainant"), seeks an order to file original formal extradition documents (with seals and ribbons) under seal. In addition to the original documents, a copy of the redacted English translation will be filed in this matter forthwith.

The reason for this request is that the original formal extradition documents (with seals and ribbons) contain personal identifying information of the fugitive, WAHAK KATSCHADOR, aka "Vahagn Khachatryan," and therefore, should be filed under seal.

On that basis, respondent seeks an order that original formal extradition documents shall be placed under seal in this matter.

DATED:   February 21, 2013

Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

DONNA FORD
Assistant United States Attorney

Attorneys for Complainant
UNITED STATES OF AMERICA

1

## DECLARATION OF DONNA FORD

I, DONNA FORD, hereby declare as follows:

1. I am an Assistant United States Attorney in the Central District of California. I have been assigned to represent the United States in this extradition matter from the Federal Republic of Germany.

2. The United States seeks an order to file the original formal extradition documents (with seals and ribbons) under seal in this matter. In addition to the original documents, a copy of the redacted English translation will be filed in this matter forthwith.

3. The reason for this application is that the original formal extradition documents contain personal identifying information of the fugitive, WAHAK KATSCHADOR, aka "Vahagn Khachatryan," and therefore should be placed under seal.

5. I contacted counsel for the fugitive, Deputy Federal Public Defender Alyssa Bell, and informed her of the substance of this application. Ms. Bell does not oppose this application.

Executed February 2⁴, 2013 in Los Angeles, California.

DONNA FORD