ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
DONNA FORD (Cal. Bar No. 131924)
Assistant United States Attorney
General Crimes Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California  90012
    Telephone:  (213) 894-2875
    Facsimile:  (213) 894-0141
    donna.ford@usdoj.gov

Attorneys for Complainant
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

IN THE MATTER OF THE EXTRADITION OF

WAHAK KATSCHADOR,
  aka "Vahagn Khachatryan,"

A Fugitive from the Government of the Federal Republic of Germany

CV NO. CV13-1320 JAK (JPR)

[PROPOSED] ORDER GRANTING APPLICATION TO FILE ORIGINAL FORMAL EXTRADITION DOCUMENTS UNDER SEAL

[UNDER SEAL]

1  ANDRÉ BIROTTE JR.
   United States Attorney
2  ROBERT E. DUGDALE
   Assistant United States Attorney
3  Chief, Criminal Division
   DONNA FORD (Cal. Bar No. 131924)
4  Assistant United States Attorney
   General Crimes Section
5      1300 United States Courthouse
       312 North Spring Street
6      Los Angeles, California  90012
       Telephone:  (213) 894-2875
7      Facsimile:  (213) 894-0141
       donna.ford@usdoj.gov
8
   Attorneys for Complainant
9  United States of America

10              UNITED STATES DISTRICT COURT

11           FOR THE CENTRAL DISTRICT OF CALIFORNIA

                                    CV13- 1320 JAK (JPR)
12  IN THE MATTER OF THE          )
    EXTRADITION OF                )
13                                )
                                  )  [PROPOSED] ORDER GRANTING
    WAHAK KATSCHADOR,             )  APPLICATION TO FILE ORIGINAL
14    aka "Vahagn Khachatryan,"   )  FORMAL EXTRADITION DOCUMENTS
                                  )  UNDER SEAL
15  A Fugitive from the           )
    Government of the Federal     )  [UNDER SEAL]
16  Republic of Germany           )
                                  )
17  _____)

18
         The Court having considered the Application for Order to
19
    File Original Format Extradition Documents under Seal, and good
20
    cause having been shown,
21

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
FEB 27 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
FEB 22 2013
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

1  IT IS HEREBY ORDERED THAT: the Original Format Extradition
2  Documents shall be placed under seal in this matter.

> *[signature]*
> HON.           JEAN P. ROSENBLUTH
> United States District Judge

Presented by:

*[signature]*
DONNA FORD
Assistant United States Attorney