FILED
2013 FEB 22 PM 12: 36
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF WAHAK<br>PLAINTIFF(S)<br>V.<br><br>DEFENDANT(S) | CASE NUMBER<br>CV13- 1320 JAK (JPR)<br><br>NOTICE OF REFERENCE TO A UNITED STATES MAGISTRATE JUDGE (EXTRADITION CASE) |

The within action has been assigned to the calendar of the Hororable John Kronstadt, U.S. District Judge, and referred to U.S. Magistrate Judge Jean P. Rosenbluth for decision pursuant to 18 U.S.C Section 3184 and General Order 05-07 of the United States District Court for the Central District of California.

Correspondence, pleadings, and all other matters to be called to the Magistrate Judge's attention shall be formally submitted through the Clerk of the Court at the following location:

☒ Western Division
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

☐ Southern Division
411 West Fourth St., Suite 1053
Santa Ana, CA 92701-4516

☐ Eastern Division
3470 Twelfth St., Rm. 134
Riverside, CA 92501

**Failure to submit and/or file at the proper location will result in your documents being returned to you.**

Clerk, U.S. District Court

February 22, 2013               By   LRAYFORD
Date                                 Deputy Clerk