ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
DONNA FORD (SBN 131924)
Assistant United States Attorney
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2875
    FAX: (213) 894-0141
    email: donna.ford@usdoj.gov

Attorneys for Complainant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>WAHAK KATSCHADOR,<br>  aka "Vahagn Khachatryan,"<br><br>A Fugitive from the Government of the Federal Republic of Germany. | No.  CV 13-1320-JAK (JPR)<br><br>[Proposed] <u>CERTIFICATION OF EXTRADITABILITY AND ORDER OF COMMITMENT</u> |

    The Court, having received a Complaint in this matter, filed by the United States Attorney's Office for the Central District of California, acting on behalf of the Government of the Federal Republic of Germany pursuant to its request for the extradition of WAHAK KATSCHADOR, also known as "Vahagn Khachatryan" ("KATSCHADOR"). The Court is also in receipt of a formal request for extradition, including supporting documentation submitted by the Government of the Federal Republic of Germany.  The parties have submitted various memoranda relative to the extradition, which the Court has read and considered.

On May 16, 2013, the Court conducted an extradition hearing at which time KATSCHADOR appeared with counsel. The Court has carefully reviewed the evidence presented and finds as follows:

1. The undersigned judicial officer is authorized under Title 18, United States Code, Section 3184 and General Order 05-07 to conduct an extradition hearing.

2. The undersigned judicial officer and the United States District Court for the Central District of California have personal jurisdiction over the fugitive and subject matter jurisdiction over the case.

3. An extradition treaty between the United States and the Federal Republic of Germany is currently in force, more specifically: the Extradition Treaty between the United States of America and Germany signed on June 20, 1978 ("the 1978 Treaty"), the Supplementary Extradition Treaty signed October 21, 1986 ("the 1986 Supplementary Treaty"), and the Second Supplementary Treaty signed on April 18, 2006 (the "2006 Second Supplementary Treaty") (collectively the "Treaty").

4. By judgment entered on March 16, 2006, file number 10 KLs 123 Js 20339/05, the Land Court of Stade convicted KATSCHADOR for aggravated robbery with accomplices pursuant to Section 249 and Section 25 Subsection (2) of the German Criminal Code ("the Stade case"). KATSCHADOR was sentenced to a prison term of three years. In addition to the proceedings in Stade, KATSCHADOR is the subject of an arrest warrant issued by the Regional Court in Lüneburg dated November 23, 2006, Regional Court file number 21 KLs 1/07 and Lüneburg District Attorney's Office file number 8101 Js 10269/06 ("the Lüneburg case"). KATSCHADOR is wanted to stand trial for

jointly committed aggravated robbery, in violation of Section 249 Subsection (1) and Section 25 Subsection (2) of the German Criminal Code.

5. The charges on which KATSCHADOR was convicted and the charges for which he is wanted, and as to which extradition is sought, constitute extraditable offenses under the Treaty and more specifically, under Article 2 and the Appendix of the 1978 Treaty and the 1986 Supplemental Treaty.

6. The Federal Republic of Germany, the requesting state, seeks the extradition of KATSCHADOR to enforce the sentence of imprisonment imposed by the Land Court of Stade, and to bring him to trial on the charges which are the subject of the arrest warrant issued by the Regional Court in Lüneburg.

7. Sufficient evidence has been presented to establish probable cause that KATSCHADOR, the fugitive, is the individual who has been charged and convicted in the Stade case, and who is sought in the Lüneburg case. His appearance matches the photograph of the fugitive contained in the extradition request and also matches the California driver's license photo of Khachatryan, the Glendale "mug shot" of Khachatryan, and the Armenian passport of Khachatryan. The Latent Print Examination Report comparing the fingerprints of "Vahagn Khachatryan," the fugitive who is before the court, with the fingerprints of "KATSCHADOR," which were taken from the person being sought by Germany concludes that the fingerprints were made by the same individual.

8. Sufficient evidence has been presented to establish probable cause that KATSCHADOR committed the offenses in the Stade case. The Court makes this finding as both a matter of law (see

Spatola v. United States, 925 F.2d 615, 618 (2d Cir. 1991) (in cases where there has been a judgment of conviction entered by a foreign court, there is no need for an independent determination of probable cause; guilt is an adjudicated fact which a *fortiori* establishes probable cause), and based on the factual evidence presented, with each such ground being independently sufficient. As to the latter ground, the evidence before the Court is sufficient to establish probable cause of at least the following:

> On June 18, 2005, KATSCHADOR and two other individuals robbed a STAR gas station on their way to Rotenburg, Germany. KATSCHADOR and one of the other individuals, wearing go-kart masks, entered the STAR station and broke open a cash box and took the money and telephone cards. They also took money and a cellular phone from a store employee.

9.  Sufficient evidence has been presented to establish probable cause that KATSCHADOR committed the offenses in the Lüneburg case based on the factual evidence presented. The evidence before the Court is sufficient to establish probable cause of at least the following:

> On July 10, 2005, KATSCHADOR and two other individuals, while wearing masks, robbed another gas station in Bergen, Germany, stealing two cartons of Marlboro cigarettes, sixty-two phone cards of various denominations, and € 4,390.00 in cash.

10. No facts have been presented to bar the extradition of KATSCHADOR under the extradition treaty.

Based on the foregoing findings, the Court concludes that KATSCHADOR is extraditable for each offense for which extradition

was requested, and hereby certifies this finding to the Secretary of State as required under Title 18, United States Code, Section 3184.

IT IS THEREFORE ORDERED that the Clerk of the Court forthwith deliver to the Assistant United Sates Attorney a certified copy of this Certification of Extraditability and Order of Commitment and forward without delay certified copies of the same to the Secretary of State (to the attention of the Office of the Legal Adviser) and the Director, Office of International Affairs, Criminal Division, United States Department of Justice, in Washington, D.C. for appropriate disposition.

IT IS FURTHER ORDERED that KATSCHADOR be committed to the custody of the United States Marshal for the Central District of California pending final disposition of this matter by the Secretary of State and arrival of agents of the requesting state, at which time KATSCHADOR, together with any evidence seized incidental to his arrest, shall be transferred to the custody of the agents of the requesting state at such time and place as mutually agreed upon by the United States Marshal and the duly authorized representatives of the Government of the Republic of Germany to be transported to the Republic of Germany.

IT IS SO FOUND AND ORDERED this ___ day of May, 2013.

_____
HON. JEAN P. ROSENBLUTH
United States Magistrate Judge

Presented by:

_____
DONNA FORD
Assistant United States Attorney

CERTIFICATE OF SERVICE

I, **Loretta Chavis**, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

**[PROPOSED] CERTIFICATION OF EXTTRADITABILITY AND ORDER OF COMMITMENT**
**service was:**

[ ] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[X] Placed in a sealed envelope for collection and mailing via United States addressed as follows:

[ ] By hand delivery addressed as follows:

[ ] By facsimile as follows:

[ ] By messenger as follows:

[ ] By federal express as follows:

Alyssa D Bell
Federal Public Defenders Office
321 East 2nd Street
Los Angeles, CA 90012

This Certificate is executed on **May 15, 2013,** at Los Angeles, California.
I certify under penalty of perjury that the foregoing is true and correct.

*Loretta Chavis*
Loretta Chavis