UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV13-1320-JAK (JPR) | Date | May 16, 2013 |
|---|---|---|---|
| Title | United States of America v. Wahak Katschador | | |

| Present: The Honorable | Jean P. Rosenbluth, Magistrate Judge | |
|---|---|---|
| Joe Roper | Miriam Baird | n/a |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Donna Ford, AUSA | Alyssa D. Bell, DFPD |

**Proceedings:**   (In Court): Extradition Hearing **[Contested and Concluded]**

    Case called. Appearances made. Defendant is being assisted by Levon Dounamalian, Armenian Interpreter. The Court orders formal extradition documents admitted. The Court hears argument regarding Defendant's identity.

    For the reasons stated on the record, the Court finds that probable cause exists to extradite the Defendant to the Republic of Germany. The defendant is therefore committed to the custody of the U.S. Marshal to be confined until a surrender to the Government of Germany can be accomplished. See Certification of Extraditability and Order of Commitment issued separately.

    It is ORDERED that a transcript of the extradition hearing shall be prepared and a copy shall be provided to the Secretary of State (pursuant to 18 U.S.C. § 3184). Said transcript will include the initial hearing date of February 11, 2013, along with today's hearing.

## Make JS-6

cc:   Miriam Baird

|   | : | 25 |
|---|---|---|
| Initials of Clerk | JR | |